IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PAMELA TERRY**                                                                                          **PLAINTIFF**

v.                                                                    CIVIL ACTION NO. 1:21-cv-155-TBM-RPM

**BAY ST. LOUIS-WAVELAND**
**SCHOOL DISTRICT**                                                                                 **DEFENDANT**

## FINAL JUDGMENT

This matter is before the Court on Defendant Bay St. Louis-Waveland School District's Unopposed [20] Motion to Dismiss. In accordance with the Court's Order entered this same date dismissing Plaintiff's claims without prejudice,

IT IS THEREFORE, ORDERED AND ADJUDGED that this civil action is DISMISSED WITHOUT PREJUDICE and this case is CLOSED.

THIS, the 15th day of July, 2022.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE